| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | SEP 25 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JENNIFER CARRERA; et al.,

    Plaintiffs - Appellees,

v.

WHITEPAGES, INC.,

    Defendant - Appellant.

No. 25-4219

D.C. No. 2:24-cv-01408-JHC
Western District of Washington, Seattle

ORDER

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 10) for summary disposition is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982); *see also Johnson v. Walmart Inc.*, 57 F.4th 677, 681-82 (9th Cir. 2023) ("[T]he party seeking to compel arbitration … bears the burden of proving the existence of an agreement to arbitrate by a preponderance of the evidence."); *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.").

The district court's order is affirmed.

**AFFIRMED.**